**08 CV 3440**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

FREDERICK HENDERSON,

        Plaintiff

**Judge Berman**

    v.

DR. DIANE SOMMER, M.D., CLINICAL
DIRECTOR, FCI OTISVILLE; BARBARA
BARBARA SULLIVAN, HEALTH SERVICES
ADMINISTRATOR, FCI OTISVILLE;
JEFFERY DRUMHELLER, ASSOCIATE
WARDEN, FCI OTISVILLE; are sued in
their individual and official capacities.

        Defendants

------------------------------------X

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION
AND TEMPORARY
RESTRAINING ORDER
CIVIL ACTION NO.

**MEMO ENDORSED P3**

### ORDER TO SHOW CAUSE
### FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Upon the affirmation of plaintiff Frederick Henderson, Register No. 13219-014, sworn to the day of January 04, 2008, and upon the memorandum in support of motion and notice of motion for a temporary restraining order and preliminary injunction hereto annexed, it is ORDERED, that the above named defendants *appear at a conference re: Pl's order to* show cause before a motion term of this Court, at room 210, United States Courthouse, 500 Pearl Street, in the City, County and State of New York on _May 1_, 2008, at 2:30 o'clock in the ~~morning~~/afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to the Federal Rules Civil Procedure, Rule 65(a),(b). enjoining the defendants to, because of the exigent circumstances of this case, to immediately schedule and provide surgery described as arthroscopic surgery of plaintiff's right knee recommended by a legally qualified Orthopedic Specialist/Surgeon and approved by the Clinical Director Dr. Diane Sommer, M.D. at FCI Otisville, a facility of the Federal Bureau of Prisons, to repair plaintiff's diagnosed injury of a torn meniscus of the right knee.

And it is further ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a temporary restraining order/preliminary injunction pursuant to Rule 65(a),(b). F.R.Civ.P. the defendants are temporarily restrained and enjoined from: (a) delaying in any way the scheduling of plaintiff's surgery known as arthroscopic surgery or other procedure as the Orthopedic Specialist/Surgeon deems necessary; (b) Relaese from current Federal custody until such injury is repaired and healed; (c) any retaliatory acts; (d) Not providing the current level of care including the present pain management medication Percocet® 5 mg./325 mg.; (e) providing the use of a cane and/or crutches and a lower bunk; and (f) not maintaining as patent plaintiff's medically unassigned status.

And it is further ORDERED, that security and bond be waived due to plaintiff's motion to proceed in forma pauperis and his affidavit of indigency that was annexed with this motion.

And it is further ORDERED, that personal; service of a copy of this order and annexed affidavit upon the defendants or their counsel on or before **3:00** o'clock in the morning/afternoon, *April 24*, 2008, shall be deemed good and sufficient service thereof.

*Any response to be served + fild by 4/30/08 (noon)*
*RMB*

Date: __4/15__, 2008

*Richard M. Berman*
United States District Judge

> Interim relief denied as Courts generally do not involve themselves with the administration of BOP medical treatment (without prejudice). Pl to serve all Defs Forthwith. Conference on 5/1/08 @ 2:30 + Court to arrange Pl's appearance by phone.
>
> SO ORDERED:
> Date: 4/15/08   Richard M. Berman
> Richard M. Berman, U.S.D.J.

(3)