Mr. Frederick Henderson
Plaintiff, Pro Se
Din #: 08A0532
Franklin Correctional Facility
62 Bare Hill Road
P.O. Box 10
Malone, NY 12953

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

The Honorable
United States District Court Judge
Richard M. Berman
Daniel P. Moynihan
U.S. Courthouse
500 Pearl Street, Room 650
New York, NY 10007-1312

Date: May 24, 2008

**MEMO ENDORSED**
p2

RE: Service of Complaint and Summons on the Defendants
In The Matter of Henderson v. Sommer, et al.,
C.A. No. 08 CV 3440(RMB)

Dear Judge Berman,

As per our conversation during the tele-conference on May 01, 2008 in regard to the petition for injunctive relief, I am writing His Honor this letter in lieu of a formal motion to inform the Court and petition the Court for assistance.

On May 07, 2008, per His Honor's instructions and Order, I wrote the Pro Se Clerk's Office and informed them of my inability to be able to send the nine to ten copies of the complaint and summons to the U.S. Marshal Service for service on the defendants because of extreme financial difficulties. I have not received any reply from the Pro Se Clerk's Office for direction in this urgent matter.

Therefore, I am respectfully requesting the Court's assistance in helping the plaintiff either to illicit a response from the Pro Se Clerk's Office, or to direct service on the defendants by the U.S. Marshal Service. This matter is reaching to be an urgent situation since the date on the summons is April 08, 2008, which as the Court knows this date is under a 120 day deadline pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff sincerely thanks the Court and His Honor for his time in considering this matter.

Respectfully submitted

By: *Frederick Henderson* (signature)
Frederick Henderson
Plaintiff, Pro Se
Din #: 08A0532
Franklin Correctional Facility
62 Bare Hill Road
P.O. Box 10
Malone, NY 12953

> Plaintiff is referred to
> Pro Se Office. Letter to him
> dated 5/27/08
>
> SO ORDERED:
> Date: 5/29/08   *Richard M. Berman* (signature)
> Richard M. Berman, U.S.D.J.

(2)