UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

*Henderson*
                Plaintiff(s),                     **Case Management Plan**

- v -                                     08 CV. 3440 (RMB)

*Sommer et al*
                Defendant(s).
-------------------------------------------------------------X

        The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by _____

(ii)     Amend the pleadings by _____

(iii)    All discovery to be **expeditiously** completed by 2/2/09

(iv)    Consent to Proceed before Magistrate Judge _____

(v)      Status of settlement discussions 2/11/09 @ 9:00 AM: AUSA to arrange Mr. Henderson's appearance by phone

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions _____

(vii)   Oral Argument _____

(viii)   Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)      Trial _____

(xi)    Other Refer pretrial issues to Magistrate Judge: Answer by 9/30/08

SO ORDERED: New York, New York
9/2/08

RMB
Hon. Richard M. Berman, U.S.D.J.