USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENDERSON,

                Plaintiff,

   - against -

SOMMER, et al.,

                Defendants.
------------------------------------------------------------X
HENDERSON,

                Plaintiff,

   - against -

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------X

08 Civ. 3440 (RMB) (FM)

**ADMINISTRATIVE ORDER**

09 Civ. 611 (RMB)

For the reasons set forth on the record at the conference on February 24, 2009, (see Hearing Tr., dated Feb. 24, 2009 ("Hearing Tr.")); see also Everglory Co., Inc. v. Shaw Creations, Inc., No. 07 Civ. 9361, 2008 WL 709831, at *1 (S.D.N.Y. Mar. 14, 2008); Gill v. Cherry, No. 07 Civ. 222, 2007 WL 4482585, at *1 (N.D. Fla. Dec. 19, 2007), and on consent of the parties, (see Hearing Tr.); see also Gill, 2007 WL 4482585, at *1, the Clerk of the Court is respectfully requested to consolidate Henderson v. Sommer, et al., 08 Civ. 3440, with Henderson v. United States of America, 09 Civ. 611.

**SO ORDERED.**

Dated: New York, New York
       February 25, 2009



RICHARD M. BERMAN, U.S.D.J.